UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VONHECK, ) | Case No. 06cv1699-BEN (BLM) |
| ) | |
| Plaintiff, ) | **ORDER (1) VACATING EARLY** |
| v. ) | **NEUTRAL EVALUATION CONFERENCE,** |
| ) | **(2) CONFIRMING SETTLEMENT, AND** |
| CURTIS O. BARNES, PC, ) | **(3) SETTING DEADLINE TO FILE** |
| ) | **JOINT MOTION FOR DISMISSAL** |
| Defendant. ) | |
| ) | |

On May 22, 2007, Robert Hyde, counsel for Plaintiff, notified the Court in writing that the parties have settled this case in its entirety. Doc. No. 13. Counsel represents that Plaintiff therefore intends to dismiss this case in approximately thirty (30) days. Id.

In light of the parties' settlement, and good cause appearing, the Early Neutral Evaluation Conference currently scheduled for May 23, 2007 at 9:30 a.m. is hereby vacated.

Accordingly, a joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **June 21, 2007**. A proposed order on the joint motion for dismissal must be e-

mailed to the district judge's chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **June 21, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **June 26, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

Dated: May 22, 2007

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").