UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VONHECK,<br><br>           Plaintiff,<br>v.<br><br>CURTIS O. BARNES, PC,<br><br>           Defendant. | Case No. 06cv1699-BEN (BLM)<br><br>**ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |

On June 21, 2007, Robert Hyde, counsel for Plaintiff, contacted Chambers to request that the Settlement Disposition Conference currently scheduled for June 26, 2007 at 9:00 a.m. be continued for approximately two (2) weeks. Counsel represented that the parties have reviewed the settlement agreement and do not presently dispute the terms, but need additional time to obtain all appropriate signatures.

Good cause appearing, the Settlement Disposition Conference scheduled for June 26, 2007 is hereby continued to **July 12, 2007** at **9:00 a.m.**

Accordingly, a joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **July 9, 2007**. A proposed order on the joint motion for dismissal must be e-

mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **July 9, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **July 12, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

Dated: June 21, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").