UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT VONHECK, | ) | Case No. 06CV1699-BEN (BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING SANCTIONS** |
| v. | ) | **HEARING** |
| | ) | |
| CURTIS O. BARNES, PC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 12, 2007, the Court convened a Settlement Disposition Conference. Neither Vijay S. Desai, counsel for Defendant, nor Defendant appeared.

Also on July 12, 2007, the Court issued an Order to Show Cause why Defendant should not be sanctioned for failing to appear for the Settlement Disposition Conference, ordering both Defendant and its counsel to appear for a sanctions hearing on August 7, 2007 at 3:00 p.m. Doc. No. 17. The Court further ordered Defendant to file a declaration regarding the imposition of sanctions on or before July 26, 2007. Id. at 2.

Mr. Desai filed the aforementioned declaration in a timely manner. See Doc. No. 19. Mr. Desai explained that he received and

1  reviewed all orders scheduling the Settlement Disposition
2  Conference.  Id.  Mr. Desai also explained that he mistakenly
3  assumed the parties had obtained all signatures necessary to
4  finalize the settlement documents and to file the joint motion for
5  dismissal, and as such, he did not follow up with either the Court
6  or opposing counsel regarding the Settlement Disposition
7  Conference.  Finally, Mr. Desai expressed his apologies to the
8  Court and opposing counsel for his failure to appear.  Id.

9  Based on the declaration filed by Mr. Desai, and in light of
10 the fact that the parties have now submitted a joint motion for
11 dismissal of this case, the Court declines to impose sanctions
12 against either Mr. Desai or Defendant at this time.  Accordingly,
13 the hearing scheduled for August 7, 2007 at 3:00 p.m. is hereby
14 vacated.

15 **IT IS SO ORDERED.**

17 Dated: July 24, 2007

18 BARBARA L. MAJOR
   United States Magistrate Judge

20 COPY TO:
21 HONORABLE ROGER T. BENITEZ
   U.S. DISTRICT JUDGE

22 ALL COUNSEL